GUANTANAMO SUGAR COMPANY v. KNICKERBOCKER INSURANCE COMPANY OF NEW YORK.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EDMUND C. WENDT v. PAUL FISCHER and Others.— Motion granted.  Settle order on notice.  Present — Finch, Merrell, Martin and Burr, JJ.

In the Matter of STEPHEN K. REED, Deceased.— Motion denied.  Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

In the Matter of SIMON R. WEIL, Deceased.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EARL R. DICKES, as Trustee, etc., v. GLOBE INDEMNITY COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SEILER COAL CO., INC., v. BUCK RIDGE COAL MINING COMPANY and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE NEW YORK TRUST COMPANY, as Trustee, etc., v. AMERICAN REALTY COMPANY and Others.— Motion for reargument or resettlement denied.  Motion for leave to appeal to the Court of Appeals granted; questions certified.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES H. MCKINNEY v. HENRY A. HITNER's SONS COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to defendant to answer within ten days from service of this order.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERNARD HERMAN v. EDNA SCOTT TULL.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SERENA B. KERR v. JOHN J. KERR.— Motion granted.  Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

BROWN-BRAND REALTY CO., INC., v. SAKS & COMPANY.— Motion granted.  Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ROBERT V. NEWMAN v. PATTERSON MCNUTT and Others.— Motion denied and stay vacated.  Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ROBERT M. KERN v. RALPH TUBBY, Impleaded, etc.— Motion granted.  Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of GEORGE GINGERICH (City of New York, etc., Bogart and Radcliff Avenues, etc.).— Motion granted.  Settle order on notice.  Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

CHARLES F. GARRIGUES COMPANY v. NEW YORK PRODUCE EXCHANGE, Impleaded, etc.— Motion granted.  Order resettled.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MABEL B. KITTEL v. RUSSEL H. KITTEL.— Motion granted.  Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

FREDERICK S. DICKINSON and Others v. JOHN SPRINGER and Others.— Motion denied, with ten dollars costs.  Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

LOGUR REALTY CORPORATION v. SAMUEL W. TANNENBAUM.— Motion granted.  Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MARY J. BRADFORD v. A. SILZ, INC.— Motion granted.  Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.